UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROSALINA SERRANO,

       Plaintiff,

  -gainst-

ULTRADENT PRODUCTS, INC.,

       Defendant.
------------------------------------------------------------ X

(ECF)

Index No.: CV 3685-07 (KMK)



## STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that Defendant Ultradent Product, Inc.'s time to Answer the Complaint herein be and is hereby extended to the 23rd day of July, 2007.

Dated: June 14, 2007

_____
John J. Tracy
Attorneys for Plaintiff
Rosalina Serrano
Tracy & Stilwell, P.C.
20 Vesey Street, Suite 810
New York, New York 10007
(212) 285-2555

_____
Christian H. Gannon - 1621
Attorneys for Defendant,
Ultradent Products, Inc.
Segal McCambridge Singer & Mahoney, Ltd.
830 Third Avenue, Suite 400
New York, New York 10022
(212) 651-7500

So Ordered: _____
U.S.D.J.  06/21/07

783135-1