```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ROSALINA SERRANO,                    Index No.: 07 CV 3685

                Plaintiff,           ECF

    -against-                        Judge Karas

ULTRADENT PRODUCTS, INC.,            NOTICE OF APPEARANCE

                Defendant.
----------------------------------X
```

    PLEASE TAKE NOTICE that the undersigned appears on behalf of the plaintiff, ROSALINA SERRANO, and hereby demands that you serve upon the undersigned copies of pending motion papers, and future legal pleadings, notices, discovery exchanges, etc., in the matter.

                                TRACY & STILWELL, P.C.

                        By:_____
                            JOHN J. TRACY
                            Attorneys for Plaintiff
                            ROSALINA SERRANO
                            20 Vesey Street, Suite 810
                            New York, New York 10007
                            Telephone No.: (212) 285-2555

TO: SEGAL, McCAMBRIDGE, SINGER, MAHONEY, LTD.
    Attorneys for Defendant
    ULTRADENT PRODUCTS, INC.
    830 Third Avenue
    New York, New York 10022
    Telephone No.: (212) 651-7500