AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

SERVICE OF: **SUMMONS, COMPLAINT, CIVIL COVER SHEET, RETURN OF SERVICE FORM, JUDGES INDIVIDUAL RULES, GUIDLINE FOR CASE FILING**
EFFECTED (1) BY ME: OUTOFSTATE Clifford Stowers
TITLE: **PROCESS SERVER**    DATE: May 24, 2007 11:51 am

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
ULTRADENT PRODUCTS, INC. C/O BRUCE L. OLSEN

Place where served:
36 S. State St., Suite 1400, Salt Lake City UT 84111

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: _M_ AGE: _35_ HEIGHT: _6'_ WEIGHT: _170_ SKIN: _white_ HAIR: _brown_ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _05_/_25_/20_07_    SIGNATURE OF OUTOFSTATE Clifford Stowers
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   JOHN J. TRACY, ESQ.
PLAINTIFF:  ROSALINA SERRANO
DEFENDANT:  ULTRADENT PRODUCTS, INC.
VENUE:      SOUTHERN DISTRICT OF NEW YORK
DOCKET:     07 CV 3685

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.