UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
ROSALINA SERRANO,                         :   Index No.:  07CV3685
:
              Plaintiff,          :
:   Assigned to:  Judge Karas
   -against-                                     :
:
ULTRADENT PRODUCTS, INC.,             :
:
             Defendant.        :   **Rule 7.1 Statement**
:
------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ULTRADENT PRODUCTS INC., who is a non-governmental party, certifies that there are no parent corporations or any publicly held corporations that owns 10% or more of ULTRADENT'S stock.

                                  SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

Date: July 23, 2007        By: /s/ Christian H. Gannon
                                        Christian H. Gannon
                                        Attorneys for Defendant
                                        ULTRADENT PRODUCTS, INC.
                                        830 Third Avenue
                                        Suite 400
                                        New York, New York 10022
                                        (212) 651-7500

CERTIFICATION OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been served electronically on this 23rd day of July, 2007, via the Court's ECF system, as well as via First Class Mail on all known counsel of record in this action as follows:

John J. Tracy
Tracy & Stilwell, P.C.
Attorneys for Plaintiff
20 Vesey Street, Suite 810
New York, New York, 10007
(212) 285-2555

          /s/ Christian H. Gannon_____
          Christian H. Gannon