```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Rosalina Serrano,*
                          *Plaintiff,*

   -v-

*Ultradent Products Inc.*
                         *Defendant.*

Case No. 07 cv 03685(RJS)(JCF)

ORDER

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Francis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
    _____
    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement* -The parties request a settlement conference at the end of March, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
           Nov. 27, 2008

                                      RICHARD J. SULLIVAN
                                      United States District Judge