DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSALINA SERRANO,

                    Plaintiff[s],

    -v-

ULTRADENT PRODUCTS, INC.,

                    Defendant[s].

**No. Civ. 07 cv 3685    (RJS)**
**CASE MANAGEMENT PLAN AND**
**SCHEDULING ORDER**
**ECF**

RICHARD J. SULLIVAN, District Judge.

At the conference before the Court held on November 27, 2007, this Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure.

1.    All parties do not consent to trial by Magistrate Judge, pursuant to 28 U.S.C. §636(c).

2.    This case is to be tried by a jury.

3.    Additional parties may be joined pursuant to the Federal Rules of Civil Procedure.

4.    Amended pleadings may be filed pursuant to the Federal Rules of Civil Procedure.

5.    Initial disclosures pursuant to Rule 26(a)(1) will be completed not later than December 11, 2007 [absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f)].

6.    All *fact* discovery is to be completed no later than March 21, 2008 [a period not to exceed 120 days unless the Court finds that the case presents unique complexities or other exceptional circumstances].

7.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedures and the Local Rules of the Souther District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 6 above.

      a. Initial requests for production of documents to be served by

January 11, 2008.

b. Interrogatories to be served by <u>January 11, 2008.</u>

c. Depositions to be completed by <u>March 4, 2008.</u>

    i.     Unless the parties agree or the Court so orders, depositions are not to be held until all the parties have responded to initial requests for document production.

    ii.    There is no priority in deposition by reason of a party's status as plaintiff or defendant.

    iii.   Unless the parties agree or the Court so orders, non-party depositions shall follow initial party depositions.

d. Requests to admit to be served no later than <u>March 4, 2008.</u>

8. All *expert* disclosures, including reports, production of underlying documents and depositions are to be completed by:

a. Expert(s) of Plaintiff(s) ~~April 18, 2008.~~ April 1, 2008

b. Expert(s) of Defendant(s) ~~May 19, 2008.~~ April 15, 2008

9. All discovery to be completed no later than ~~May 23, 2008.~~ April 21, 2008

10. The Court will schedule a post-discovery status conference (see ¶ 16) within three weeks of the close of all discovery. May 15, 2008 at 4:45

11. Pre-motion letters regarding dispositive motions, if any, are to be submitted no later than two weeks prior to the post-discovery status conference date listed in ¶ 18. In accord with this Court's Individual Rule 2.A, response letters thereto are to be submitted within three business days from service of the initial pre-motion letter. Letters from moving party by April 28, 2008.

12. All counsel must meet for at least one hour to discuss settlement not later than two weeks following the close of fact discovery. Accordingly, Counsel for the parties have discussed holding a settlement conference before a Magistrate Judge or the Southern District's Mediation Program and request: [check one]

a.      __X__ Referral to a Magistrate Judge for settlement discussions

(discussions to commence by the end of March 2008).

b. _____ Referral to the Southern District's Mediation Program

13.  The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3).  If this action is to be tried before a jury, proposed *voir dire*, jury instructions and a verdict form shall be filed with the Joint Pretrial Order.  Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

14.  Parties have conferred and their present best estimate of the length of trial is 5 days.

## TO BE COMPLETED BY THE COURT:

15.  [Other directions to the parties:]

16.  The post-discovery status conference is scheduled for **May 15, 2008** at **4 45**.

SO-ORDERED.

DATED:   New York, New York
         **Nov. 27** , _____, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE