UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------

ROSALINA SERRANO,

              Plaintiff,

    vs.

ULTRADENT PRODUCTS INC.,

              Defendants.

---------------------------------------------------------------------

Civil Action No: 07 Civ. 03685(RJS)

**NOTICE OF APPEARANCE**

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE, that in the above-captioned action, Maria C. Carlucci, Esq., of SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD, provide notice of her appearance as counsel of record for Defendant ULTRDENT PRODUCTS, INC.  All papers relating to this action should be served electronically upon counsel of record undersigned below.

Dated: New York, New York
       December 12, 2007

                              Respectfully Submitted,

                              By: __/s/ Maria C. Carlucci_____
                                  SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
                                  Maria C. Carlucci
                                  Attorneys for Defendant
                                  Ultradent Products Inc.
                                  830 Third Avenue, 4th Floor
                                  New York, NY 10022
                                  (212) 651-7500
                                  (212) 651-7499