UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ROSALINA SERRANO,

                Plaintiff,

-v-

ULTRADENT PRODUCTS, INC.,

                Defendant.

No. 07 Civ. 3685 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference on March 31, 2008, the Court modified the Case Management Plan in this action as follows:

        The deadline for completion of all discovery is extended to May 23, 2008.

        The conference previously scheduled for May 15, 2008 at 4:45 p.m. is cancelled. The parties shall appear instead for a status conference on June 16, 2008 at 4:45 p.m.

        Pre-motion letters regarding dispositive motions, if any, shall be submitted to the Court by June 2, 2008.

SO ORDERED.

Dated:    March 31, 2008
            New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE