UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSALINA SERRANO,

        Plaintiff,

-v-

ULTRADENT PRODUCTS, INC.,

        Defendant.

No. 07 Civ. 3685 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

---

RICHARD J. SULLIVAN, District Judge:

At the conference on June 16, 2008, the Court modified the Case Management Plan in this action as follows:

> The deadline for completion of all discovery is extended to July 31, 2008.
>
> The parties shall appear for a post-discovery status conference on August 15, 2008 at noon.
>
> Pre-motion letters regarding dispositive motions, if any, shall be submitted to the Court by August 5, 2008. Responses shall be submitted by August 8, 2008.

SO ORDERED.

Dated:    June 16, 2008
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE